FILED
98 JAN -9 PM 12: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELLA HILL,                      }
                                }
    Plaintiff,                  }
                                }
v.                              }    CASE NO. CV 97-B-3019-S
                                }
INTEGRATED HEALTH SERVICES,     }
INC.,                           }
                                }    ENTERED
    Defendant.                  }
                                     JAN 9 1998

MEMORANDUM OPINION

This case is before the court on plaintiff's Motion to Remand filed on December 17, 1997. Upon consideration of the motion and the record, the court is of the opinion that this motion is due to be granted.

Defendant removed this action on the basis of diversity jurisdiction. As plaintiff correctly notes, this court has held that removal of claims for retaliatory discharge under Alabama Code § 25-5-11.1 is barred by 28 U.S.C. § 1445(c). *See Lewis v. Rhodes*, 968 F. Supp. 633 (N.D. Ala. 1997). Accordingly, plaintiff's Motion to Remand is due to be granted. An Order granting plaintiff's Motion to Remand will be entered contemporaneously with this Opinion.

DONE this 9th day of January, 1998.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
United States District Judge

